Simmons, Kenneth and Ma

3 RIVERS CONTRACTING
1059 DEVINEY DR.
RAYMOND, MS 39154

BANCORPSOUTH
C/O TRS RECOVERY
5251 WESTHEIMER
HOUSTON, TX 77056

CAPITAL CONCRETE CUT
224 DEER RUN
JACKSON, MS 39209

ABC SUPPLY
1 ABC PKWY
BELOIT, WI 53511

BANK OF AMERICA
5401 N BEACH ST
TX2-977-01-34
FORT WORTH, TX 76137

CAPWELD
P.O. BOX 22562
JACKSON, MS 39225

ACCESS CONTROL PLUS
45 SUMMERWOOD DR.
PEARL, MS 39208

BARNETT'S BODY SHOP
P.O. BOX 389
RIDGELAND, MS 39158

CASHE, COUDRAIN
P.O. DRAWER 1509
HAMMOND, LA 70404

ADVANCED DISPOSAL SERV
4340 MILWAUKEE ST.
JACKSON, MS 39209

BELLSOUTH ADVERTISING
P.O. BOX 105024
ATLANTA, GA 30348

CCF INDUSTRIES
4716 ROUTE 66
APOLLO, PA 15613

ALL STATE SEPTIC TANK
P.O. BOX 288
LELAND, MS 38756

BOB WOOTAN MOVING
P.O. BOX 10667
JACKSON, MS 39209

CCF INDUSTRIES
800 N. CAUSEWAY BLVD.
3RD FLOOR
MANDEVILLE, LA 70448

ATMOS ENERGY
P.O. BOX 790311
SAINT LOUIS, MO 63179

BOTTRELL INS AGENCY
248 E CAPITAL ST
JACKSON, MS 39201

CHOICEPOINT
P.O. BOX 105186
ATLANTA, GA 30348

AUTOMOTIVE PAINT CENTE
1326 CLAY ST
VICKSBURG, MS 39183

BOZEMAN
5341 I-55 NORTH
JACKSON, MS 39206

CITIBANK, N.A.
C/O PRO CONSULTING
P.O. BOX 66768
HOUSTON, TX 77266

BAILEY OIL
P.O. BOX 720999
BYRAM, MS 39272

BRIDGEFIELD CASUALTY
P.O. BOX 32034
LAKELAND, FL 33802

CLIMATE MASTERS
P.O. BOX 6276
PEARL, MS 39288

BANCORPSOUTH
525 E. CAPITOL ST.
JACKSON, MS 39202

BRUININI, GRANTHAM
P.O. DRAWER 119
JACKSON, MS 39205

CNA SURETY
P.O. BOX 802876
CHICAGO, IL 60680

Simmons, Kenneth and Ma

COMMUNITY TITLE LOANS
314 AIRPORT RD
PEARL, MS 39208

DANNY JOINER PLUMBING
C/O CHARLES E JOINER
103 JASON DRIVE
WEST MONROE, LA 71291

ENTERGY
P.O. BOX 8105
BATON ROUGE, LA 70891

COMMUNITY TRUST
1511 N. TRENTON
RUSTON, LA 71270

DAVID N. USRY, ESQ
501 E. COURT ST.
SUITE 4.430
JACKSON, MS 39201

ENVIRONMENT MASTERS1
168 1/2 E PORTER ST
JACKSON, MS 39201

COMPANION INS CO
P.O. BOX 6000
COLUMBIA, SC 29260

DEEP SOUTH EQUIPMENT
340 AIRPORT RD
PEARL, MS 39208

EUBANK & BETTS
P.O. BOX 16090
JACKSON, MS 39236

COMPANION PROPERTY CAS
P.O. BOX 100165
COLUMBIA, SC 29202

DELL COMMERICAL CREDIT
P.O. BOX 689020
DES MOINES, IA 50368

EWING & RAY
P.O. BOX 16195
JACKSON, MS 39236

CONTRACTORS MATERIAL
P.O. BOX 6137
PEARL, MS 39288

DELTA INDUSTRIES
P.O. BOX 1292
JACKSON, MS 39215

F. DOUGLAS MONTAGUE
P.O. DRAWER 1975
HATTIESBURG, MS 39403

CRYSTAL UTLEY
1510 N. STATE ST
SUITE 301
JACKSON, MS 39202

DONALD A. WINDHAM, JR.
188 E. CAPITOL STREET
S-1400
JACKSON, MS 39201

FEDERAL EXPRESS
P.O. BOX 94515
PALATINE, IL 60094

CT CORP.
P.O. BOX 4349
CAROL STREAM, IL 60197

E. STEPHEN WILLIAMS
P.O. BOX 23059
JACKSON, MS 39225

FLEETMATICS USA, LLC
70 WALNUT STREET
2ND FL
WELLESLEY HILLS, MA 024

CUBLA SECURITY
P.O. BOX 23904
JACKSON, MS 39225

EASTHILL CORP.
1022 HIGHLAND COL. PKW
RIDGELAND, MS 39157

FORD MOTOR CREDIT
P.O. BOX 105704
ATLANTA, GA 30348

DANNY JOINER PLUMBING
P.O. BOX 1237
CLINTON, MS 39060

ELLIOTT SEC & ELEC
P.O. BOX 720481
BYRAM, MS 39272

FRIERSON BAILEY LMBR
2150 HWY. 471
BRANDON, MS 39047

Simmons, Kenneth and Ma

FULTON TILE & INTERIOR
533 GULF LINE RD
PEARL, MS 39208

HINDS COUNTY TAX COLLE
P.O. BOX 1727
JACKSON, MS 39215

JACKSON READY MIX
P.O. BOX 1292
JACKSON, MS 39215

G&S HOLDINGS LLC
P.O. BOX 6038
JACKSON, MS

HOME DEPOT-CWKS
P.O. BOX 6029
THE LAKES, NV 88901

JAMES HENLEY
P.O. BOX 509
HAZLEHURST, MS 39083

GE CAPITAL
P.O. BOX 740441
ATLANTA, GA 30374

HOME DEPOT-HWKS
P.O. BOX 6029
THE LAKES, NV 88901

SUSAN JOCHIMSEN
P.O. BOX 590
UTICA, MS 39175

GEMB LENDING
P.O. BOX 57091
IRVINE, CA 92619

INDUSTRIAL SUPPLIERS
P.O. BOX 6137
PEARL, MS 39288

JOHN C. SULLIVAN, JR.,
5448 I-55 NORTH
SUITE 200
JACKSON, MS 39211

GRADUATE PEST CONTROL
665 S PEARL ORCHARD
SUITE 106-219
RIDGELAND, MS 39157

IRS
P.O. BOX 8208
PHILADELPHIA, PA 19101

JUROVICH GLASS & MIRRO
1060 CTY. LINE ROAD
SUITE3A-161
RIDGELAND, MS 39157

GRAINGER, INC
3551 I55 SOUTH
JACKSON, MS 39212

IRS
P.O. BOX 7346
PHILADELPHIA, PA 19101

JWM
P.O. BOX 1442
RIDGELAND, MS 39158

HARRIS INDUSTRIAL
P.O. BOX 7915
JACKSON, MS 39284

IRS
C/O DAVID N. USRY ESQ
501 E COURT ST #4.430
JACKSON, MS 39201

KENNEHT G. SCHIVONE
1942 LEXINGTON AV. N
SUITE 1
ROSEVILLE, MN 55113

HGH HARDWARE SUPPLY
3912 2ND AVENUE, S
BIRMINGHAM, AL 35222

J MARK FRANKLIN
P.O. BOX 2488
RIDGELAND, MS 39158

LAMPTON LOVE GAS
P.O. BOX 1607
JACKSON, MS 39215

HINDS CO. TAX ACCESSOR
P.O. BOX 22908
JACKSON, MS 39225

J WARD CONVILLE
P.O. BOX 681
HATTIESBURG, MS 39403

LANGHAM'S COPPER
620 CENTURY PLACE
RIDGELAND, MS 39157

Simmons, Kenneth and Ma

MAGNOLIA ELECTRIC
P.O. BOX 23574
JACKSON, MS 39225

MS DEPART. OF REVENUE
P.O. BOX 960
JACKSON, MS 39205

OFFICE DEPOT
P.O. BOX 689020
DES MOINES, IA 50368

MANUFACT. CARPET OUTLE
5001-A HWY. 80 W.
JACKSON, MS 39209

MS ROOFING SUPPLY
P.O. BOX 100639
ATLANTA, GA 30384

PAMELA N. GRADY
P.O. BOX 24597
JACKSON, MS 39225

MARK S. MAYFIELD, PLLC
1675 LAKELAND DRIVE
SUITE 306
JACKSON, MS 39216

MSI
829 WILSON DR
RIDGELAND, MS 39157

PEARL RIVER STAIN GLAS
142 MILLSAPS AVE
JACKSON, MS 39202

MCGRAW RENTAL
P.O. BOX 450
RIDGELAND, MS 39158

NATIONAL REGISTERED
AGENTS
P.O. BOX 927
WINDSOR, NJ 08550

PERSNICKETY KITCHENS
100 DEPOT DRIVE
MADISON, MS 39110

MICHAEL GIBSON
LANDSCAPE ARCHITECT
P.O. BOX 31
MADISON, MS 39130

NATIONWIDE INS
P.O. BOX 10479
DES MOINES, IA 50306

PICKENS HARDWOOD
P.O. DRAWER 1127
CLINTON, MS 39060

MICHELE ARNOLD
P.O. BOX 1410
RIDGELAND, MS 39158

NAVARRO-MCLEAN INT
P.O. BOX 4388
JACKSON, MS 39296

PINE BELT CUSTOM
SHUTTERS
145 UPPER OVETT RD
OVETT, MS 39464

MID STATE TELEPHONE
P.O. BOX 54456
PEARL, MS 39288

NORTHWEST MUTUAL
P.O. BOX 3009
MILWAUKEE, WI 53201

POSTAGE SAVERS
331 COMMERCE PARK DR.
JACKSON, MS 39213

MONTGOMERY HARDWARE
2801 OLD CANTON RD
JACKSON, MS 39216

NTS COMMUNICATIONS
P.O. BOX 10730
LUBBOCK, TX 79408

PROSOURCE OF JACKSON
6520 COLE ROAD
SUITE A
RIDGELAND, MS 39157

MORGAN BROS MILLWORK
P.O. BOX 4343
LAUREL, MS 39441

OFFICE DEPOT
C/O ARSI- SUITE 110
555 ST. CHARLES DR.
THOUSAND OAKS, CA 91360

RANDY CHAPMAN HARDWOOD
P.O. BOX 40
BRAXTON, MS 39044

Simmons, Kenneth and Ma

S SIMON MARKS
508 GRANTS FERRY
BRANDON, MS 39047

TARGET RENTAL & LEAS
P.O. BOX 6038
PEARL, MS 39288

WILSON TERMITE
206 E GOVERNMENT ST
BRANDON, MS 39042

SAFETY KLEEN SYSTEMS
P.O. BOX 650509
DALLAS, TX 75265

TRUSTMARK
P.O. BOX 1182
JACKSON, MS 39205

WOODHARBOR
3277 9TH ST SW
MASON CITY, IA 50401

SAFETY-KLEEN
C/O MCCARTHY, BURGESS
26000 CANNON ROAD
BEDFORD, OH 44146

TRUSTMARK
P.O. BOX 291
JACKSON, MS 39215

XFONE USA, INC.
5307 WEST LOOP 289
LUBBOCK, TX 79414

SHRED IT
181 DAVIS JOHNSON DR
SUITE M
RICHLAND, MS 39218

TWB PLANNING GRP
220 HICKORY RD
RIDGELAND, MS 39157

SIR SPEEDY1
2701 NORTH STATE ST
JACKSON, MS 39216

UNIV. OF MS MEDICAL CE
C/O CBE GROUP
P.O. BOX 2547
WATERLOO, IA 50704

SOUTHERN DUPLICATING
P.O. BOX 1473
CLARKSDALE, MS 38614

UPS FREIGHT
LOCKBOX 577
CAROL STREAM, IL 60132

SOUTHERN PIPE & SUPPLY
4330 HWY 39 NORTH
MERIDIAN, MS 39302

VARNER SAW SVC
341 COURTNEY CIR
BRANDON, MS 39042

STEEL SERVICE
P.O. BOX 321425
FLOWOOD, MS 39232

VENABLE GLASS SVC
660 HWY 51
RIDGELAND, MS 39157

STRIBLING EQUIPMENT
P.O. BOX 6038
PEARL, MS 39288

WILL PARKER
P.O. BOX 5733
MERIDIAN, MS 39302