United States Bankruptcy Court
Southern District of Mississippi

In re:
Kenneth Lee Simmons
Mary Allison Simmons
    Debtors

Case No. 12-00937-ee
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: dsawyer     Page 1 of 1     Date Rcvd: Jun 18, 2014
                 Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2014.
db/jdb     +Kenneth Lee Simmons,   Mary Allison Simmons,   P.O. Box 4941,   Jackson, MS 39296-4941

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2014                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2014 at the address(es) listed below:
      Derek A Henderson T1   derek@derekhendersonlaw.com,
       dhenderson@ecf.epiqsystems.com;denise@derekhendersonlaw.com
      Derek A Henderson T1   on behalf of Trustee Derek A Henderson T1 derek@derekhendersonlaw.com,
       dhenderson@ecf.epiqsystems.com;denise@derekhendersonlaw.com
      Derek A. Henderson   on behalf of Trustee Derek A Henderson T1 derek@derekhendersonlaw.com,
       melissa@derekhendersonlaw.com
      Donald A Windham   on behalf of Defendant   Bank of America awindham@balch.com,
       pfairchild@balch.com;nthompson@balch.com
      Donald A Windham   on behalf of Interested Party   Bank of America awindham@balch.com,
       pfairchild@balch.com;nthompson@balch.com
      Eileen N. Shaffer   on behalf of Plaintiff Mary Allison Simmons enslaw@bellsouth.net
      Eileen N. Shaffer   on behalf of Debtor Kenneth Lee Simmons enslaw@bellsouth.net
      Eileen N. Shaffer   on behalf of Plaintiff Kenneth Lee Simmons enslaw@bellsouth.net
      Eileen N. Shaffer   on behalf of Joint Debtor Mary Allison Simmons enslaw@bellsouth.net
      Laura Ann Henderson-Courtney   on behalf of Interested Party   Bank of America
       lhc@underwoodlawfirm.com,  lhend@aol.com,
       bankruptcies@underwoodlawfirm.com;tiffani@underwoodlawfirm.com
      Laura Ann Henderson-Courtney   on behalf of Defendant   Bank of America lhc@underwoodlawfirm.com,
       lhend@aol.com,bankruptcies@underwoodlawfirm.com;tiffani@underwoodlawfirm.com
      Patrick F. McAllister   on behalf of Defendant   Trustmark National Bank pmcallister@wmjlaw.com,
       amoore@wmjlaw.com
      Patrick F. McAllister   on behalf of Interested Party   Trustmark National Bank
       pmcallister@wmjlaw.com,  amoore@wmjlaw.com
      United States Trustee   USTPRegion05.JA.ECF@usdoj.gov
                                                                                                      TOTAL: 14



**SO ORDERED,**

*Edward Ellington*

Judge Edward Ellington
United States Bankruptcy Judge
Date Signed: June 18, 2014

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                          BANKRUPTCY PROCEEDING

KENNETH LEE SIMMONS
MARY ALLISON SIMMONS                                                   CASE NUMBER: 12-00937 EE

### ORDER WITHDRAWING TRUSTEE'S MOTION FOR AUTHORITY TO SELL ASSETS FREE AND CLEAR OF LIENS, INTEREST, ENCUMBRANCES AND CLAIMS - OLD CANTON ROAD PROPERTY AND REQUEST TO PAY REAL ESTATE COMMISSIONS

THIS MATTERS COMES before the Court upon Motion for Authority to Sell Assets Free and Clear of Liens, Interests, Encumbrances and Claims - Old Canton Road Property and Request to Pay Real Estate Commissions (Docket No. 42) filed by Derek A. Henderson, Trustee, Response filed thereto by Trustmark National Bank (Docket No. 44), and Response filed thereto by Bank of America (Docket No. 47). The Court finds that the Trustee has requested that the Motion be withdrawn.

THEREFORE, IT IS ORDERED that the Trustee's Motion for Authority to Sell Assets Free and Clear of Liens, Interests, Encumbrances and Claims - Old Canton Road Property and Request to Pay Real Estate Commissions is hereby withdrawn and dismissed without prejudice.

## END OF ORDER ##

Approved by:

s/Derek A. Henderson
Derek A. Henderson, MSB #2260
Attorney for PriorityOne Bank
1765-A Lelia Drive, Suite 103
Jackson, Mississippi 39216
(601) 948-3167
derek@derekhendersonlaw.com

s/Patrick F. McAllister
Patrick F. McAllister, MSB #2177
Attorney for Trustmark National Bank
Williford, McAllister & Jacobus, LLP
303 Highland Park Cove, Ste A
Ridgeland, MS 39157-6059
(601) 991-2000
pmcallister@wmjlaw.com

s/Laura Henderson-Courtney
Laura Henderson-Courtney, MSB #2266
Attorney for Bank of America
Underwood Law Firm, PLLC
340 Edgewood Terrace Drive
Jackson, MS 39206
(601) 326-5562
lhc@underwoodlawfirm.com